# EXHIBIT 1

***Consignment Sales - All***

| VENDOR | VENDOR NAME | ITEMCODE | ITEM DESC | MSRP | DISC% | COST | QTY SOLD | EXTENDED COST | TTL INVOICED | 89.51% COLLECTIONS | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 101,418 | $819,676 | $984,225 | $840,155 | |
| 21 | ANTARCTIC PRESS | APR241261 | NINJA HIGH SCHOOL #195 (C: 0-1 | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.64 | $2.37 | 7/8/2025 |
| 21 | ANTARCTIC PRESS | APR251186 | ODICEUS MYSTERY DICE DRAGONS T | $14.99 | 60 | $6.00 | 16 | $95.94 | $128.91 | $115.39 | 5/16/2025 |
| 21 | ANTARCTIC PRESS | APR251186 | ODICEUS MYSTERY DICE DRAGONS T | $14.99 | 60 | $6.00 | 23 | $137.91 | $174.78 | $156.45 | 5/19/2025 |
| 21 | ANTARCTIC PRESS | APR251186 | ODICEUS MYSTERY DICE DRAGONS T | $14.99 | 60 | $6.00 | 1 | $6.00 | $7.94 | $7.11 | 5/23/2025 |
| 21 | ANTARCTIC PRESS | AUG241459 | KAMEN AMERICA FAITH OF FATHERS | $15.99 | 60 | $6.40 | 2 | $12.79 | $16.95 | $15.17 | 5/30/2025 |
| 21 | ANTARCTIC PRESS | AUG241459 | KAMEN AMERICA FAITH OF FATHERS | $15.99 | 60 | $6.40 | 2 | $12.79 | $16.95 | $15.17 | 6/5/2025 |
| 21 | ANTARCTIC PRESS | AUG241459 | KAMEN AMERICA FAITH OF FATHERS | $15.99 | 60 | $6.40 | 1 | $6.40 | $8.47 | $7.59 | 6/11/2025 |
| 21 | ANTARCTIC PRESS | AUG241459 | KAMEN AMERICA FAITH OF FATHERS | $15.99 | 60 | $6.40 | 1 | $6.40 | $8.47 | $7.59 | 6/19/2025 |
| 21 | ANTARCTIC PRESS | AUG241459 | KAMEN AMERICA FAITH OF FATHERS | $15.99 | 60 | $6.40 | 1 | $6.40 | $8.47 | $7.59 | 8/15/2025 |
| 21 | ANTARCTIC PRESS | AUG241466 | NINJA HIGH SCHOOL #197 (C: 0-1 | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.15 | $1.92 | 5/22/2025 |
| 21 | ANTARCTIC PRESS | AUG241466 | NINJA HIGH SCHOOL #197 (C: 0-1 | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.64 | $2.37 | 7/8/2025 |
| 21 | ANTARCTIC PRESS | DEC231219 | NINJA HIGH SCHOOL #193 (C: 0-1 | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.64 | $2.37 | 7/8/2025 |
| 21 | ANTARCTIC PRESS | DEC241271 | CRITTER #7 CVR A FICO OSSIO | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.64 | $2.37 | 5/19/2025 |
| 21 | ANTARCTIC PRESS | DEC241271 | CRITTER #7 CVR A FICO OSSIO | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.64 | $2.37 | 5/23/2025 |
| 21 | ANTARCTIC PRESS | DEC241271 | CRITTER #7 CVR A FICO OSSIO | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.64 | $2.37 | 6/5/2025 |
| 21 | ANTARCTIC PRESS | DEC241277 | KENDRA #1 (OF 3) CVR A BEN DUN | $4.99 | 60 | $2.00 | 2 | $3.99 | $4.99 | $4.47 | 7/18/2025 |
| 21 | ANTARCTIC PRESS | DEC241277 | KENDRA #1 (OF 3) CVR A BEN DUN | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.64 | $2.37 | 8/20/2025 |
| 21 | ANTARCTIC PRESS | DEC241279 | KENDRA GLOWING 7 DICE SET (C: | $14.99 | 60 | $6.00 | 3 | $17.99 | $23.83 | $21.33 | 6/2/2025 |
| 21 | ANTARCTIC PRESS | DEC241282 | EXCITING COMICS #50 CVR B NICH | $9.99 | 60 | $4.00 | 3 | $11.99 | $15.88 | $14.22 | 5/16/2025 |
| 21 | ANTARCTIC PRESS | FEB241187 | HORROR COMICS #34 (C: 0-1-1) | $4.99 | 60 | $2.00 | 2 | $3.99 | $5.29 | $4.73 | 5/22/2025 |
| 21 | ANTARCTIC PRESS | FEB241199 | NINJA HIGH SCHOOL #194 (C: 0-1 | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.64 | $2.37 | 7/8/2025 |
| 21 | ANTARCTIC PRESS | FEB241199 | NINJA HIGH SCHOOL #194 (C: 0-1 | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.64 | $2.37 | 8/21/2025 |
| 21 | ANTARCTIC PRESS | FEB251370 | SCREAM QUEENS SKETCHBOOK ONESH | $4.99 | 60 | $2.00 | 16 | $31.94 | $31.94 | $28.59 | 5/16/2025 |
| 21 | ANTARCTIC PRESS | FEB251370 | SCREAM QUEENS SKETCHBOOK ONESH | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.50 | $2.23 | 5/20/2025 |
| 21 | ANTARCTIC PRESS | FEB251370 | SCREAM QUEENS SKETCHBOOK ONESH | $4.99 | 60 | $2.00 | 79 | $157.68 | $197.11 | $176.43 | 5/21/2025 |
| 21 | ANTARCTIC PRESS | FEB251370 | SCREAM QUEENS SKETCHBOOK ONESH | $4.99 | 60 | $2.00 | 22 | $43.91 | $55.64 | $49.80 | 5/22/2025 |
| 21 | ANTARCTIC PRESS | FEB251370 | SCREAM QUEENS SKETCHBOOK ONESH | $4.99 | 60 | $2.00 | 62 | $123.75 | $157.68 | $141.14 | 5/23/2025 |
| 21 | ANTARCTIC PRESS | FEB251370 | SCREAM QUEENS SKETCHBOOK ONESH | $4.99 | 60 | $2.00 | 28 | $55.89 | $73.00 | $65.35 | 5/27/2025 |
| 21 | ANTARCTIC PRESS | FEB251370 | SCREAM QUEENS SKETCHBOOK ONESH | $4.99 | 60 | $2.00 | 20 | $39.92 | $53.04 | $47.48 | 5/28/2025 |
| 21 | ANTARCTIC PRESS | FEB251370 | SCREAM QUEENS SKETCHBOOK ONESH | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.64 | $2.37 | 6/2/2025 |
| 21 | ANTARCTIC PRESS | FEB251370 | SCREAM QUEENS SKETCHBOOK ONESH | $4.99 | 60 | $2.00 | 4 | $7.98 | $10.58 | $9.47 | 6/4/2025 |
| 21 | ANTARCTIC PRESS | FEB251370 | SCREAM QUEENS SKETCHBOOK ONESH | $4.99 | 60 | $2.00 | 6 | $11.98 | $15.57 | $13.94 | 6/5/2025 |
| 21 | ANTARCTIC PRESS | FEB251370 | SCREAM QUEENS SKETCHBOOK ONESH | $4.99 | 60 | $2.00 | 2 | $3.99 | $4.99 | $4.47 | 6/6/2025 |
| 21 | ANTARCTIC PRESS | FEB251370 | SCREAM QUEENS SKETCHBOOK ONESH | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.64 | $2.37 | 6/10/2025 |
| 21 | ANTARCTIC PRESS | FEB251370 | SCREAM QUEENS SKETCHBOOK ONESH | $4.99 | 60 | $2.00 | 2 | $3.99 | $5.29 | $4.73 | 6/12/2025 |
| 21 | ANTARCTIC PRESS | FEB251370 | SCREAM QUEENS SKETCHBOOK ONESH | $4.99 | 60 | $2.00 | 10 | $19.96 | $26.45 | $23.67 | 6/13/2025 |
| 21 | ANTARCTIC PRESS | FEB251372 | TIFANNY & CHARLOTTE ON ANOTHER | $4.99 | 60 | $2.00 | 25 | $49.90 | $53.64 | $48.02 | 5/16/2025 |
| 21 | ANTARCTIC PRESS | FEB251372 | TIFANNY & CHARLOTTE ON ANOTHER | $4.99 | 60 | $2.00 | 27 | $53.89 | $69.16 | $61.91 | 5/20/2025 |
| 21 | ANTARCTIC PRESS | FEB251372 | TIFANNY & CHARLOTTE ON ANOTHER | $4.99 | 60 | $2.00 | 104 | $207.58 | $263.02 | $235.43 | 5/21/2025 |
| 21 | ANTARCTIC PRESS | FEB251372 | TIFANNY & CHARLOTTE ON ANOTHER | $4.99 | 60 | $2.00 | 136 | $271.46 | $343.26 | $307.25 | 5/22/2025 |
| 21 | ANTARCTIC PRESS | FEB251372 | TIFANNY & CHARLOTTE ON ANOTHER | $4.99 | 60 | $2.00 | 124 | $247.50 | $312.25 | $279.49 | 5/23/2025 |
| 21 | ANTARCTIC PRESS | FEB251372 | TIFANNY & CHARLOTTE ON ANOTHER | $4.99 | 60 | $2.00 | 34 | $67.86 | $85.73 | $76.74 | 5/27/2025 |
| 21 | ANTARCTIC PRESS | FEB251372 | TIFANNY & CHARLOTTE ON ANOTHER | $4.99 | 60 | $2.00 | 75 | $149.70 | $194.14 | $173.77 | 5/28/2025 |
| 21 | ANTARCTIC PRESS | FEB251372 | TIFANNY & CHARLOTTE ON ANOTHER | $4.99 | 60 | $2.00 | 17 | $33.93 | $42.42 | $37.97 | 5/29/2025 |
| 21 | ANTARCTIC PRESS | FEB251372 | TIFANNY & CHARLOTTE ON ANOTHER | $4.99 | 60 | $2.00 | 7 | $13.97 | $17.91 | $16.03 | 5/30/2025 |
| 21 | ANTARCTIC PRESS | FEB251372 | TIFANNY & CHARLOTTE ON ANOTHER | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.64 | $2.37 | 6/2/2025 |
| 21 | ANTARCTIC PRESS | FEB251372 | TIFANNY & CHARLOTTE ON ANOTHER | $4.99 | 60 | $2.00 | 8 | $15.97 | $21.91 | $19.61 | 6/3/2025 |
| 21 | ANTARCTIC PRESS | FEB251372 | TIFANNY & CHARLOTTE ON ANOTHER | $4.99 | 60 | $2.00 | 13 | $25.95 | $33.93 | $30.37 | 6/4/2025 |
| 21 | ANTARCTIC PRESS | FEB251372 | TIFANNY & CHARLOTTE ON ANOTHER | $4.99 | 60 | $2.00 | 10 | $19.96 | $25.70 | $23.00 | 6/5/2025 |
| 21 | ANTARCTIC PRESS | FEB251372 | TIFANNY & CHARLOTTE ON ANOTHER | $4.99 | 60 | $2.00 | 10 | $19.96 | $26.05 | $23.32 | 6/6/2025 |
| 21 | ANTARCTIC PRESS | FEB251372 | TIFANNY & CHARLOTTE ON ANOTHER | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.64 | $2.37 | 6/12/2025 |
| 21 | ANTARCTIC PRESS | FEB251372 | TIFANNY & CHARLOTTE ON ANOTHER | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.64 | $2.37 | 6/17/2025 |
| 21 | ANTARCTIC PRESS | FEB251372 | TIFANNY & CHARLOTTE ON ANOTHER | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.64 | $2.37 | 8/20/2025 |
| 21 | ANTARCTIC PRESS | FEB251373 | KAMEN AMERICA PATRIOT DREAM CV | $9.99 | 60 | $4.00 | 17 | $67.93 | $73.03 | $65.37 | 5/16/2025 |
| 21 | ANTARCTIC PRESS | FEB251373 | KAMEN AMERICA PATRIOT DREAM CV | $9.99 | 60 | $4.00 | 15 | $59.94 | $76.42 | $68.41 | 5/20/2025 |
| 21 | ANTARCTIC PRESS | FEB251373 | KAMEN AMERICA PATRIOT DREAM CV | $9.99 | 60 | $4.00 | 59 | $235.76 | $297.80 | $266.56 | 5/21/2025 |
| 21 | ANTARCTIC PRESS | FEB251373 | KAMEN AMERICA PATRIOT DREAM CV | $9.99 | 60 | $4.00 | 101 | $403.60 | $504.84 | $451.89 | 5/22/2025 |
| 21 | ANTARCTIC PRESS | FEB251373 | KAMEN AMERICA PATRIOT DREAM CV | $9.99 | 60 | $4.00 | 78 | $311.69 | $394.70 | $353.30 | 5/23/2025 |
| 21 | ANTARCTIC PRESS | FEB251373 | KAMEN AMERICA PATRIOT DREAM CV | $9.99 | 60 | $4.00 | 34 | $135.86 | $173.83 | $155.59 | 5/27/2025 |
| 21 | ANTARCTIC PRESS | FEB251373 | KAMEN AMERICA PATRIOT DREAM CV | $9.99 | 60 | $4.00 | 46 | $183.82 | $244.21 | $218.59 | 5/28/2025 |
| 21 | ANTARCTIC PRESS | FEB251373 | KAMEN AMERICA PATRIOT DREAM CV | $9.99 | 60 | $4.00 | 8 | $31.97 | $39.96 | $35.77 | 5/29/2025 |
| 21 | ANTARCTIC PRESS | FEB251373 | KAMEN AMERICA PATRIOT DREAM CV | $9.99 | 60 | $4.00 | 8 | $31.97 | $41.46 | $37.11 | 5/30/2025 |
| 21 | ANTARCTIC PRESS | FEB251373 | KAMEN AMERICA PATRIOT DREAM CV | $9.99 | 60 | $4.00 | 3 | $11.99 | $15.88 | $14.22 | 6/2/2025 |
| 21 | ANTARCTIC PRESS | FEB251373 | KAMEN AMERICA PATRIOT DREAM CV | $9.99 | 60 | $4.00 | 1 | $4.00 | $5.00 | $4.47 | 6/4/2025 |
| 21 | ANTARCTIC PRESS | FEB251373 | KAMEN AMERICA PATRIOT DREAM CV | $9.99 | 60 | $4.00 | 9 | $35.96 | $47.05 | $42.12 | 6/5/2025 |
| 21 | ANTARCTIC PRESS | FEB251373 | KAMEN AMERICA PATRIOT DREAM CV | $9.99 | 60 | $4.00 | 4 | $15.98 | $20.88 | $18.69 | 6/6/2025 |
| 21 | ANTARCTIC PRESS | FEB251373 | KAMEN AMERICA PATRIOT DREAM CV | $9.99 | 60 | $4.00 | 1 | $4.00 | $5.29 | $4.74 | 6/10/2025 |
| 21 | ANTARCTIC PRESS | FEB251373 | KAMEN AMERICA PATRIOT DREAM CV | $9.99 | 60 | $4.00 | 2 | $7.99 | $10.29 | $9.21 | 6/11/2025 |
| 21 | ANTARCTIC PRESS | FEB251373 | KAMEN AMERICA PATRIOT DREAM CV | $9.99 | 60 | $4.00 | 2 | $7.99 | $10.59 | $9.48 | 6/13/2025 |
| 21 | ANTARCTIC PRESS | FEB251373 | KAMEN AMERICA PATRIOT DREAM CV | $9.99 | 60 | $4.00 | 1 | $4.00 | $5.00 | $4.47 | 6/24/2025 |
| 21 | ANTARCTIC PRESS | FEB251373 | KAMEN AMERICA PATRIOT DREAM CV | $9.99 | 60 | $4.00 | 3 | $11.99 | $15.88 | $14.22 | 8/7/2025 |
| 21 | ANTARCTIC PRESS | FEB251373 | KAMEN AMERICA PATRIOT DREAM CV | $9.99 | 60 | $4.00 | 1 | $4.00 | $5.29 | $4.74 | 8/8/2025 |
| 21 | ANTARCTIC PRESS | FEB251373 | KAMEN AMERICA PATRIOT DREAM CV | $9.99 | 60 | $4.00 | 2 | $7.99 | $10.59 | $9.48 | 8/22/2025 |
| 21 | ANTARCTIC PRESS | FEB251374 | KAMEN AMERICA PATRIOT DREAM CV | $14.99 | 60 | $6.00 | 9 | $53.96 | $58.01 | $51.93 | 5/16/2025 |
| 21 | ANTARCTIC PRESS | FEB251374 | KAMEN AMERICA PATRIOT DREAM CV | $14.99 | 60 | $6.00 | 5 | $29.98 | $37.92 | $33.95 | 5/20/2025 |
| 21 | ANTARCTIC PRESS | FEB251374 | KAMEN AMERICA PATRIOT DREAM CV | $14.99 | 60 | $6.00 | 27 | $161.89 | $205.06 | $183.55 | 5/21/2025 |
| 21 | ANTARCTIC PRESS | FEB251374 | KAMEN AMERICA PATRIOT DREAM CV | $14.99 | 60 | $6.00 | 75 | $449.70 | $562.57 | $503.56 | 5/22/2025 |
| 21 | ANTARCTIC PRESS | FEB251374 | KAMEN AMERICA PATRIOT DREAM CV | $14.99 | 60 | $6.00 | 27 | $161.89 | $205.06 | $183.55 | 5/23/2025 |
| 21 | ANTARCTIC PRESS | FEB251374 | KAMEN AMERICA PATRIOT DREAM CV | $14.99 | 60 | $6.00 | 15 | $89.94 | $113.17 | $101.30 | 5/27/2025 |
| 21 | ANTARCTIC PRESS | FEB251374 | KAMEN AMERICA PATRIOT DREAM CV | $14.99 | 60 | $6.00 | 34 | $203.86 | $276.12 | $247.15 | 5/28/2025 |
| 21 | ANTARCTIC PRESS | FEB251374 | KAMEN AMERICA PATRIOT DREAM CV | $14.99 | 60 | $6.00 | 5 | $29.98 | $37.92 | $33.95 | 5/30/2025 |
| 21 | ANTARCTIC PRESS | FEB251374 | KAMEN AMERICA PATRIOT DREAM CV | $14.99 | 60 | $6.00 | 1 | $6.00 | $7.94 | $7.11 | 6/2/2025 |
| 21 | ANTARCTIC PRESS | FEB251374 | KAMEN AMERICA PATRIOT DREAM CV | $14.99 | 60 | $6.00 | 1 | $6.00 | $7.50 | $6.71 | 6/3/2025 |
| 21 | ANTARCTIC PRESS | FEB251374 | KAMEN AMERICA PATRIOT DREAM CV | $14.99 | 60 | $6.00 | 3 | $17.99 | $22.93 | $20.53 | 6/4/2025 |
| 21 | ANTARCTIC PRESS | FEB251374 | KAMEN AMERICA PATRIOT DREAM CV | $14.99 | 60 | $6.00 | 9 | $53.96 | $70.15 | $62.79 | 6/5/2025 |
| 21 | ANTARCTIC PRESS | FEB251374 | KAMEN AMERICA PATRIOT DREAM CV | $14.99 | 60 | $6.00 | 1 | $6.00 | $7.50 | $6.71 | 6/6/2025 |
| 21 | ANTARCTIC PRESS | FEB251374 | KAMEN AMERICA PATRIOT DREAM CV | $14.99 | 60 | $6.00 | 2 | $11.99 | $15.89 | $14.22 | 6/11/2025 |
| 21 | ANTARCTIC PRESS | FEB251374 | KAMEN AMERICA PATRIOT DREAM CV | $14.99 | 60 | $6.00 | 4 | $23.98 | $31.78 | $28.45 | 6/13/2025 |
| 21 | ANTARCTIC PRESS | FEB251374 | KAMEN AMERICA PATRIOT DREAM CV | $14.99 | 60 | $6.00 | 2 | $11.99 | $15.89 | $14.22 | 6/19/2025 |
| 21 | ANTARCTIC PRESS | FEB251374 | KAMEN AMERICA PATRIOT DREAM CV | $14.99 | 60 | $6.00 | 1 | $6.00 | $7.50 | $6.71 | 6/24/2025 |
| 21 | ANTARCTIC PRESS | FEB251374 | KAMEN AMERICA PATRIOT DREAM CV | $14.99 | 60 | $6.00 | 1 | $6.00 | $7.94 | $7.11 | 8/7/2025 |
| 21 | ANTARCTIC PRESS | FEB251374 | KAMEN AMERICA PATRIOT DREAM CV | $14.99 | 60 | $6.00 | 1 | $6.00 | $7.50 | $6.71 | 8/8/2025 |
| 21 | ANTARCTIC PRESS | FEB251374 | KAMEN AMERICA PATRIOT DREAM CV | $14.99 | 60 | $6.00 | 1 | $6.00 | $7.94 | $7.11 | 8/15/2025 |
| 21 | ANTARCTIC PRESS | FEB251374 | KAMEN AMERICA PATRIOT DREAM CV | $14.99 | 60 | $6.00 | 1 | $6.00 | $7.50 | $6.71 | 8/20/2025 |
| 21 | ANTARCTIC PRESS | FEB251374 | KAMEN AMERICA PATRIOT DREAM CV | $14.99 | 60 | $6.00 | 1 | $6.00 | $7.94 | $7.11 | 8/22/2025 |
| 21 | ANTARCTIC PRESS | JAN191583 | RAGS #5 (MR) | $3.99 | 60 | $1.60 | 1 | $1.60 | $2.31 | $2.07 | 7/28/2025 |
| 21 | ANTARCTIC PRESS | JAN241389 | FURRLOUGH #194 (C: 0-1-1) | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.64 | $2.37 | 6/23/2025 |
| 21 | ANTARCTIC PRESS | JAN251408 | EXCITING COMICS #51 (C: 0-1-1) | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.50 | $2.23 | 6/25/2025 |
| 21 | ANTARCTIC PRESS | JAN251408 | EXCITING COMICS #51 (C: 0-1-1) | $4.99 | 60 | $2.00 | 12 | $23.95 | $31.89 | $28.54 | 6/26/2025 |
| 21 | ANTARCTIC PRESS | JAN251408 | EXCITING COMICS #51 (C: 0-1-1) | $4.99 | 60 | $2.00 | 7 | $13.97 | $17.76 | $15.90 | 6/27/2025 |
| 21 | ANTARCTIC PRESS | JAN251408 | EXCITING COMICS #51 (C: 0-1-1) | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.50 | $2.23 | 8/8/2025 |
| 21 | ANTARCTIC PRESS | JAN251410 | PRIVATE AMERICAN #3 (OF 3) | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.15 | $1.92 | 5/16/2025 |
| 21 | ANTARCTIC PRESS | JAN251410 | PRIVATE AMERICAN #3 (OF 3) | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.50 | $2.23 | 5/19/2025 |
| 21 | ANTARCTIC PRESS | JAN251410 | PRIVATE AMERICAN #3 (OF 3) | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.64 | $2.37 | 5/22/2025 |
| 21 | ANTARCTIC PRESS | JAN251410 | PRIVATE AMERICAN #3 (OF 3) | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.64 | $2.37 | 5/27/2025 |
| 21 | ANTARCTIC PRESS | JAN251419 | FURRLOUGH #198 (C: 0-1-1) | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.64 | $2.37 | 6/4/2025 |
| 21 | ANTARCTIC PRESS | JAN251419 | FURRLOUGH #198 (C: 0-1-1) | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.64 | $2.37 | 6/23/2025 |
| 21 | ANTARCTIC PRESS | JAN251419 | FURRLOUGH #198 (C: 0-1-1) | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.64 | $2.37 | 6/24/2025 |
| 21 | ANTARCTIC PRESS | JUL241358 | FURRLOUGH #196 (C: 0-1-1) | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.64 | $2.37 | 5/20/2025 |
| 21 | ANTARCTIC PRESS | JUL241358 | FURRLOUGH #196 (C: 0-1-1) | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.64 | $2.37 | 6/23/2025 |
| 21 | ANTARCTIC PRESS | JUL241363 | NYOBI OUTBREAK #3 (OF 5) (C: 0 | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.64 | $2.37 | 7/8/2025 |
| 21 | ANTARCTIC PRESS | JUN200934 | RAGS #7 (OF 7) (MR) | $3.99 | 60 | $1.60 | 1 | $1.60 | $2.11 | $1.89 | 7/28/2025 |
| 21 | ANTARCTIC PRESS | MAY241323 | NYOBI OUTBREAK #2 (OF 5) CVR A | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.64 | $2.37 | 7/8/2025 |
| 21 | ANTARCTIC PRESS | MAY241327 | MANGA Z #21 (C: 0-1-1) | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.64 | $2.37 | 7/28/2025 |
| 21 | ANTARCTIC PRESS | MAY241331 | JUNGLE COMICS #28 (C: 0-1-1) | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.64 | $2.37 | 6/26/2025 |
| 21 | ANTARCTIC PRESS | NOV181503 | RAGS #4 MAIN CVR (MR) | $3.99 | 60 | $1.60 | 1 | $1.60 | $2.31 | $2.07 | 7/28/2025 |
| 21 | ANTARCTIC PRESS | NOV241326 | EXCITING COMICS #49 (C: 0-1-1) | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.50 | $2.23 | 6/18/2025 |
| 21 | ANTARCTIC PRESS | NOV241326 | EXCITING COMICS #49 (C: 0-1-1) | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.64 | $2.37 | 7/7/2025 |
| 21 | ANTARCTIC PRESS | NOV241327 | TOMORROW GIRL #10 (C: 0-1-1) | $4.99 | 60 | $2.00 | 1 | $2.00 | $2.64 | $2.37 | 7/3/2025 |

# EXHIBIT 2

## ***Consignment Sales - Summary by Sales type***

***Thru 10/17/2025 Submission***

| Sale type | QTY SOLD | EXTENDED COST | TTL INVOICED | 89.51% COLLECTIONS |
|---|---|---|---|---|
| Total | 101,418 | $819,676 | $984,225 | $840,155 |
| Positive | 174,117 | $1,135,477 | $1,373,399 | $1,229,330 |
| Returns | -72,699 | -$315,801 | -$389,175 | -$389,175 |

| | |
|---|---|
| **Net New Payment Required** | $27,739 |

***September Submission***

| Sale type | QTY SOLD | EXTENDED COST | TTL INVOICED | 83.93% COLLECTIONS |
|---|---|---|---|---|
| Total | 112,946 | $858,226 | $1,032,681 | $812,416 |
| Positive | 173,398 | $1,133,241 | $1,370,655 | $1,150,391 |
| Returns | -60,452 | -$275,014 | -$337,975 | -$337,975 |

***Original Submission***

| Sale type | QTY SOLD | EXTENDED COST | TTL INVOICED | 74.00% COLLECTIONS |
|---|---|---|---|---|
| Total | 114,417 | $871,449 | $1,051,582 | $778,171 |
| Positive | 173,233 | $1,129,599 | $1,368,508 | $1,012,696 |
| Returns | -58,816 | -$258,150 | -$316,926 | -$234,525 |

# EXHIBIT 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>DIAMOND COMIC DISTRIBUTORS, INC., et al.<br><br>Debtors.[1] | Jointly Administered under<br>Case No: 25-10308-DER (Chapter 11) |

**SUPPLEMENTAL DECLARATION OF STEVEN BIEG**

I, Steven Bieg, declare as follows:

1. I am over the age of 18 and am competent to make this declaration. I am the Chief Financial Officer of Ad Populum, LLC, which is the ultimate parent entity of Sparkle Pop, LLC. I make this Supplemental Declaration on behalf of Sparkle Pop in my capacity as CFO of Ad Populum, LLC.

2. As stated in my Declaration submitted in support of Sparkle Pop, LLC's Objection to Debtors' Motion to Enforce the Automatic Stay (D.I. 829), as of September 5, 2025, Sparkle Pop had fulfilled sales generating $1,051,575 in total invoiced revenue for Consigned Inventory received before May 15, 2025 and $515,866 in revenue for Consigned Inventory received after May 15, 2025.

3. Payment schedules vary among purchasers of Consigned Inventory such that payment is not always collected at the time that a sale is fulfilled. In addition, some of the Consigned Inventory for which Sparkle Pop had fulfilled sales has been returned.

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are Diamond Comic Distributors, Inc., (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

4. As of September 5, 2025, Sparkle Pop had processed returns of Consigned Inventory received before May 15, 2025 representing $316,926 in total sales. Accordingly, as of September 5, 2025, Sparkle Pop had collected $778,171 in proceeds net of returns in connection with sales of Consigned Inventory received before May 15, 2025, or approximately 74% of the total amount invoiced and returned.

5. On September 17, 2025, Sparkle Pop deposited $778,171 into the Court's registry pursuant to the Consent Order Resolving, in Part, Debtors' (I) Motion to Enforce the Automatic Stay (II) to Enforce the Sale Order and (III) Granting Related Relief (the "Consent Order") (D.I. 878).

6. Since September 17, 2025, Sparkle Pop has continued to collect additional proceeds from the foregoing sales of Consigned Inventory in accordance with the payment terms agreed to by and among Sparkle Pop and its end-customers. As well, Sparkle Pop has continued to process returns of Consigned Inventory. As of the date of this Supplemental Declaration, the amount of returns of Consigned Inventory received before May 15, 2025 that Sparkle Pop has processed has grown to $337,975 in total sales.

7. As of the date of this Supplemental Declaration, and since September 5, 2025, Sparkle Pop has collected a total of $812,416 in proceeds from the sales of Consigned Inventory received before May 15, 2025, or approximately 84% of the total amount invoiced net of returns.

8. Accordingly, on October 10, 2025, Sparkle Pop sent a check in the amount an additional $34,246 the Court's registry via overnight mail in accordance with the Consent Order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of October 2025 at Venice [city], Florida [state].

Signed by:
Steven Bieg
12DCF4CCC59140B...

Steven Bieg

**CERTIFICATE OF SERVICE**

I certify that, on October 10, 2025, a true copy of the *Supplemental Declaration of Steven Bieg* was served via CM/ECF upon parties registered to receive CM/ECF notifications in the above referenced cases.

*/s/ Ellen E. Dew*
Ellen E. Dew

# EXHIBIT 4

**From:** Peggy Burns
**To:** Catherine Hopkin; Sean Michael Robinson
**Subject:** Fwd: [ DQ Finance] New Order 00006032590201554163 has been shipped for LIBRAIRIE DRAWN & QUARTERLY!
**Date:** Monday, March 2, 2026 9:19:03 AM

---

Peggy Burns
Publisher | Drawn & Quarterly
7030 Saint-Denis, Montréal, QC H2S 2S4
Read our Weekly Dispatch!

---------- Forwarded message ---------
From: **Rebecca Lloyd** <rebecca@drawnandquarterly.com>
Date: Thu, Feb 26, 2026 at 10:32 AM
Subject: Fwd: [ DQ Finance] New Order 00006032590201554163 has been shipped for LIBRAIRIE DRAWN & QUARTERLY!
To: Peggy Burns <peggy@drawnandquarterly.com>, Alison Naturale <alison@drawnandquarterly.com>, Julia Pohl-Miranda <julia@drawnandquarterly.com>, Tom Devlin <tom@drawnandquarterly.com>, Tracy Hurren <tracy@drawnandquarterly.com>

I guess that Fanta order to the store is now on it's way from Diamond. Bananas

---------- Forwarded message ---------
From: **'Diamond' via finance** <finance@drawnandquarterly.com>
Date: Thu, Feb 26, 2026 at 10:28 AM
Subject: [ DQ Finance] New Order 00006032590201554163 has been shipped for LIBRAIRIE DRAWN & QUARTERLY!
To: <finance@drawnandquarterly.com>

Dear LIBRAIRIE DRAWN & QUARTERLY,

Thank you for your order**!** We wanted to let you know that your order (#00006032590201554163) was shipped via ePostGlobal, EPG Priority Parcel DC on 2/26/2026. You can track your package at any time using the link below!

**Shipped To:**
LIBRAIRIE DRAWN & QUARTERLY
176 RUE BERNARD QUEST
MONTREAL, QC H2T 2K2 CA

**Track Your Shipment:** EPG010937426463159

This shipment includes the following items:

| Item # | Description | Qty |
|---|---|---|
| STL031621 | ONE MORE YEAR HC MEGG & MOGG (MR) (C: 0-1-2) | 2 |

**Thank you for your business and we look forward to serving you in the future!**

Please note we cannot honor delivery request amendments. The only way to make these request is directly through the respective carrier.

FedEx Delivery Manager
USPS parcel intercept
UPS redirection

**Please be advised that this email is not monitored. All service requests should be directed to the appropriate parties managing this campaign.**

--
**Rebecca Lloyd** | She/Her
*Finance Director/Directrice des Finances*| Drawn and Quarterly
Mon-Fri, 8am-4pm
7030 Rue Saint-Denis Montréal QC H2S 2S4
rebecca@drawnandquarterly.com
*Check out our latest dispatch here!*

DIAMOND BOOK DISTRIBUTORS, A DIVISION OF
DIAMOND COMICS DISTRIBUTOR II, LLC
PLATTSBURGH DISTRIBUTION CENTER
443-318-8001
Remit to: P.O.BOX 57337
STATION A
TORONTO,ON M5W 5M5

UNLESS OTHERWISE NOTED, NEW PRODUCT ON THIS INVOICE IS FOR AN ON SALE DATE OF WEDNESDAY, 01/21/26

C U S T O M E R   I N V O I C E   260114-12183267

ACCOUNT# 54051
GROUP CODE J003

SHIP TO:
LIBRAIRIE DRAWN & QUARTERLY
176 RUE BERNARD QUEST
MONTREAL QC H2T 2K2

BILL TO:
DRAWN & QUARTERLY BOOKS INC
7030 RUE SAINT-DENIS
MONTREAL QC H2S 2S4

INV #: 106471
DATE 01/14/26
TERMS EOM + 30 DAYS
PO #: 44096

REORDER TYPE(T) 2 = IN STOCK DIRECT SHIP 3 = ORDER INC 4 = ADVANCE 5 = B/O 6 = CREDIT 7 = INSTOCK RESHIP 9 = SPECIAL PROGRAM
# = ORDER WAS PARTIALLY FILLED

| UNITS SHIPPED | ORDER NUMBER | T | ITEMCODE | EAN | TITLE | UNIT RETAIL | DISC | UNIT COST | INVOICE AMOUNT | INV REF |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 20486524 | 7 | MAR171769 | 9781606999974 | ONE MORE YEAR HC MEGG & MOGG (MR) (C: | 24.99 | 46.0 | 13.4946 | 26.99 | |

| | |
|---|---|
| INVOICE SUB-TOTAL | 26.99 |
| UPS | 8.00 |
| SECTION TOTAL | 34.99 |

DIAMOND BOOK DISTRIBUTORS, A DIVISION OF
DIAMOND COMICS DISTRIBUTOR II, LLC
PLATTSBURGH DISTRIBUTION CENTER
42 Skyway Plaza - Suite #1
Plattsburgh, NY 12901

## C A N A D I A N   T A X   R E C A P

260114-12183267

ACCOUNT# 54051
GROUP CODE J003

SHIP TO:
LIBRAIRIE DRAWN & QUARTERLY
176 RUE BERNARD QUEST
MONTREAL QC H2T 2K2
CANADA

BILL TO:
DRAWN & QUARTERLY BOOKS INC
7030 RUE SAINT-DENIS
MONTREAL QC H2S 2S4
CANADA

DATE 01/14/26

TERMS EOM + 30 DAYS

CONVERSION % 139.59 GST REGISTRATION NUMBER: 12384 0050 RT0001
CONVERSION % 139.59 QST REGISTRATION NUMBER: 1018074822 TQ0001

| | INVOICE | GST/HST | DUTY | QST | | |
|---|---|---|---|---|---|---|
| Diamond Comics | 106471 | 1.75 | 0.00 | 0.00 | | |
| SECTION TOTALS | | 1.75 | 0.00 | 0.00 | CANADIAN $ | 2.44 |

Please note: These amounts are included in the ’INVOICE AMOUNT’ on the Weekly Invoice Recap

DIAMOND BOOK DISTRIBUTORS, A DIVISION OF
DIAMOND COMICS DISTRIBUTOR II, LLC
PLATTSBURGH DISTRIBUTION CENTER
USA

# I N V O I C E R E C A P

260114-12183267

ACCOUNT# 54051
GROUP CODE J003

SHIP TO:
LIBRAIRIE DRAWN & QUARTERLY
176 RUE BERNARD QUEST
MONTREAL QC H2T 2K2
CANADA

BILL TO:
DRAWN & QUARTERLY BOOKS INC
7030 RUE SAINT-DENIS
MONTREAL QC H2S 2S4
CANADA

DATE 01/14/26

TERMS EOM + 30 DAYS

| | INVOICE | RETAIL | INVOICE AMOUNT | | |
|---|---|---|---|---|---|
| Diamond Comics | 106471 | 49.98 | 28.74 | | |
| UPS | | | 8.00 | | |
| INVOICING TOTALS ==============>>> | | 49.98 | 36.74 # USD | CANADIAN $ | 51.29 |

PROMPT PAYMENT IS APPRECIATED AND WILL ENSURE RETENTION OF YOUR CURRENT PAYMENT TERMS.
COUNTRY OF EXPORT - U.S.A.

AMOUNT INVOICED BY VENDOR

| RETAIL | INVOICE AMOUNT |
|---|---|

* = This amount does not include GST/HST/QST

For all your reorder needs, contact Diamond :
(443)318-8001

**DIAMOND COMICS DISTRIBUTOR II, LLC IS A SALES AGENT WITH RESPECT TO THIS SALE.

THANK YOU FOR YOUR BUSINESS

DIAMOND COMICS DISTRIBUTOR II, LLC
10150 YORK ROAD. SUITE 300
HUNT VALLEY, MD 21030
EIN: 521243450

S C H E D U L E   B

| TARIFF CODE | QTY | INVOICE AMOUNT |
|---|---|---|
| *USA | | |
| 4901990091 | 2 | 26.99 |
| SUBTOTAL | 2 | 26.99 |
| CREDITS | 0 | 0.00 |
| NET AMT | 2 | 26.99 |

NO LICENSE REQUIRED
NO HAZARDOUS MATERIALS

# EXHIBIT 5

# UNITED STATES BANKRUPTCY COURT

District of Maryland

In re Diamond Comic Distributors, Inc. et al.
Debtor

Jointly Administered

Case No. 25-10308

(Complete if issued in an adversary proceeding)

Chapter 7

Morgan W. Fisher, Chapter 7 Trustee
Plaintiff
v.
American Mythology Productions, LLC d/b/a American Mythology Productions, LLC
Defendant

Adv. Proc. No. 25-00235-DER

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: Sparkle Pop, LLC
*(Name of person to whom the subpoena is directed)*

☐ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| PLACE | DATE AND TIME |
|---|---|
| | |

☑ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
| 7485 Polk Ln, Olive Branch, Mississippi 38654 | Beginning on or after August 10, 2026 |

See attached Exhibit A

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 7/8/2026

CLERK OF COURT

_________________________
*Signature of Clerk or Deputy Clerk*

OR

Corinne D. Adams
*Attorney's signature*

The name, address, email address, and telephone number of the attorney representing (*name of party*) American Mythology Productions, LLC d/b/a American Mythology Productions, LLC, who issues or requests this subpoena, are:
Corinne D. Adams- 185 Admiral Cochrane Drive, Suite 130, Annapolis, MD 21401, cadams@yvslaw.com, (443) 569-0756

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## PROOF OF SERVICE

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)**

I received this subpoena for *(name of individual and title, if any)*: ____________________________________________
on *(date)* __________ .

☐ I served the subpoena by delivering a copy to the named person as follows: ___________________________________
______________________________________________________________________________________________
_________________________________ on (*date*) __________________ ; or

☐ I returned the subpoena unexecuted because: __________________________________________________________
______________________________________________________________________________________________

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ ______________________ .

My fees are $ _________ for travel and $_________ for services, for a total of $_________ .

I declare under penalty of perjury that this information is true and correct.

Date: _______________

____________________________________________
*Server's signature*

____________________________________________
*Printed name and title*

____________________________________________
*Server's address*

Additional information concerning attempted service, etc.:

# Federal Rule of Civil Procedure 45(c), (d), (e), and (g) (Effective 12/1/13)

**(made applicable in bankruptcy cases by Rule 9016, Federal Rules of Bankruptcy Procedure)**

**(c) Place of compliance.**

*(1) For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person

(i) is a party or a party's officer; or

(ii) is commanded to attend a trial and would not incur substantial expense.

*(2) For Other Discovery.* A subpoena may command:

(A) production of documents, or electronically stored information, or things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

(B) inspection of premises, at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

*(1) Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

*(2) Command to Produce Materials or Permit Inspection.*

*(A) Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

*(B) Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

*(3) Quashing or Modifying a Subpoena.*

*(A) When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

*(B) When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

*(C) Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

*(1) Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

*(A) Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

*(B) Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

*(C) Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

*(D) Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

*(2) Claiming Privilege or Protection.*

*(A) Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

*(B) Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

…

**(g) Contempt.** The court for the district where compliance is required – and also, after a motion is transferred, the issuing court – may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013)

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | | |
| DIAMOND COMIC DISTRIBUTORS, INC., et al.[1] | * * * | Jointly Administered under Case No: 25-10308-DER (Chapter 11) |
| Debtors | | |

* * * * * * * * * * * *

| | | |
|---|---|---|
| MORGAN W. FISHER, CHAPTER 7 TRUSTEE | * | |
| Plaintiff | | |
| v. | * | Adv. Proc. No: 25-00235-DER |
| AMERICAN MYTHOLOGY PRODUCTIONS, LLC | * * | |
| Defendant | * | |

* * * * * * * * * * * *

**ATTACHMENT TO AMENDED SUBPOENA**

Notice of Subpoena to Permit Inspection of Premises

TO: Sparkle Pop, LLC

FROM: American Mythology Productions, LLC

American Mythology Productions, LLC ("Consignor"), by counsel, pursuant to Federal Rule of Civil Procedure 34, made applicable by Federal Rule of Bankruptcy Procedure 7034, requests that Sparkle Pop, LLC ("Sparkle Pop") permit the inspection of the premises which are hereinafter identified.

**REQUEST FOR INSPECTION**

**Request No. 1.** Consignor requests that the Trustee make all consignment stock titled to Consignor and identified below on Schedule 1 hereto, which is stored at that certain warehouse located at 7485 Polk Lane, Olive Branch, Mississippi 38654 available for inspection

[1] The Debtors in these Chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

pursuant to Rule 34(a)(2) by a person or persons designated by the *Ad Hoc* Committee of Consignors (the "Consignors").[2] The person or persons designated by the Consignors will be no more than three (3) individuals and shall be accompanied by a representative of Sparkle Pop, LLC ("Sparkle Pop") if Sparkle Pop so elects. The inspection shall take place during business hours and at a time mutually agreeable to the parties but beginning no later than August 10, 2026. The inspection will continue until completed and shall include the right of the inspecting party to request that any personal property or non-Consignor inventory be temporarily moved to permit a full inspection of all consignment stock located on the premises. Further, at the time of inspection, the Consignment stock to be inspected shall be clearly identified, segregated, and otherwise made readily available for inspection, in accordance with typical and customary warehouse procedures for storage and identification of like-goods.

**END OF REQUESTS**

Dated: July 8, 2026

/s/ Corinne D. Adams

Catherine Keller Hopkin
Corinne D. Adams
**YVS LAW, LLC**
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401
Telephone: (443) 569-0788
(443) 569-0756
E-Mail: chopkin@yvslaw.com
cadams@yvslaw.com

*Counsel for American Mythology Productions, LLC*

[2] The Consignors herein are: (i) Ablaze, LLC, (ii) American Mythology Productions LLC, (iii) Avatar Press, Inc., (iv) Andrew Kafoury dba Battle Quest Comics, (v) Bryan Seaton dba Action Lab, (vi) Drawn & Quarterly Books Inc., (vii) Fantagraphics Books, Inc., (viii) Green Ronin Publishing LLC, (ix) Herman and Geer Communications, Inc., dba Hermes Press, (x) Living the Line LLC, (xi) Paizo, Inc., (xii) UDON Entertainment Inc., and (xiii) Zenescope Entertainment, Inc.

# EXHIBIT 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:

DIAMOND COMIC DISTRIBUTORS, INC., et al.[1] * Jointly Administered under Case No: 25-10308-DER (Chapter 11)

Debtors *

* * * * * * * * * * * *

Morgan W. Fisher, Chapter 7 Trustee, *

Plaintiff,

v. * Adv. Proc. No: 25-00235-DER

American Mythology Productions, LLC d/b/a American Mythology Productions, LLC, *

Defendant. *

* * * * * *

American Mythology Productions, LLC d/b/a American Mythology Productions, LLC, *

Counterclaimant and Third-Party Plaintiff, *

v. *

JPMORGAN CHASE BANK, N.A., and SPARKLE POP, LLC, *

Third-Party Defendants. *

* * * * * * * * * * * *

LOCAL RULE 7026-1(F) CERTIFICATE OF COMPLIANCE IN SUPPORT OF THIRD-PARTY PLAINTIFF'S MOTION TO COMPEL DISCOVERY

I HEREBY CERTIFY the following information with regard to the discovery-related relief sought in the accompanying Third-Party Plaintiff's Motion to Compel Discovery:

1. The date, time, and place of the discovery conference: August 4, 2026 beginning at 9:30 a.m. EST, conducted by virtual video conference.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

2. The names of all persons participating: Catherine K. Hopkin, Esq. and Jason Koral, Esq.
3. Any unresolved issues remaining: (i) Sparkle Pop's hourly compensation of between $639 and $1,000 per hour, demanded with regard to the inspection; (ii) Sparkle Pop's demand for full payment of all rent due by the Debtor in connection with the entire Warehouse's storage space; (iii) Sparkle Pop's requirement that it have unilateral control over whom the Third-Party Plaintiff designates as the inspector.

The Moving Party further exchanged multiple emails with counsel for the recipient of the discovery, Sparkle Pop, LLC, without obtaining a consensual resolution of the discovery dispute.

/s/ Catherine Keller Hopkin
Catherine Keller Hopkin