IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | | |
| DIAMOND COMIC DISTRIBUTORS, INC., et al.[1] | * | Jointly Administered under Case No: 25-10308-DER (Chapter 11) |
| | * | |
| Debtors | * | |

* * * * * * * * * * * *

| | | |
|---|---|---|
| Morgan W. Fisher, Chapter 7 Trustee, | * | |
| Plaintiff, | | |
| v. | * | Adv. Proc. No: 25-00235-DER |
| American Mythology Productions, LLC d/b/a American Mythology Productions, LLC, | * | |
| Defendant. | * | |

* * * * * *

| | | |
|---|---|---|
| American Mythology Productions, LLC d/b/a American Mythology Productions, LLC, | * | |
| Counterclaimant and Third-Party Plaintiff, | * | |
| v. | | |
| | * | |
| JPMORGAN CHASE BANK, N.A., and SPARKLE POP, LLC, | * | |
| Third-Party Defendants. | * | |

* * * * * * * * * * * *

[1] The Debtors in these Chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

ORDER GRANTING THIRD-PARTY PLAINTIFF'S
MOTION TO COMPEL DISCOVERY

Upon consideration of the Motion to Compel Discovery (the "Motion") filed by American Mythology Productions, LLC, the defendant and third-party plaintiff ("Third-Party Plaintiff") herein, and sufficient cause appearing therefor, it is, by the United States Bankruptcy Court for the District of Maryland, ORDERED:

1. That the Motion is hereby GRANTED.

2. That Sparkle Pop, LLC be, and is hereby, ordered to permit inspection of the warehouse in Olive Branch Mississippi within thirty (30) days following the entry of this order.

3. That Third-Party Plaintiff shall designate the individuals who conduct the inspection, which persons shall not include the Third-Party Plaintiff or any insiders thereof. No more than four (4) persons shall be permitted to accompany the lead inspector.

4. That Sparkle Pop, LLC shall bear its own costs and expenses related to the inspection.

Dated:____________________

____________________________________
United States Bankruptcy Judge

WE ASK FOR THIS:

/s/ Catherine Keller Hopkin
Catherine Keller Hopkin (Bar No. 28257)
**YVS LAW, LLC**
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401
Telephone: (443) 569-0788
E-Mail: chopkin@yvslaw.com

*Counsel for Third-Party Plaintiff*