**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

In re: Case No.: **25−10308 − DER** Chapter: **7** Adversary No.: **25−00235**

**Diamond Comic Distributors, Inc.**
Debtor

**Morgan W Fisher**
Plaintiff

vs.

**American Mythology Productions LLC**
Defendant

# NOTICE

In person hearing Courtroom 9−D Baltimore, Judge Rice.

PLEASE TAKE NOTICE that a hearing will be held on 10/6/26 at 10:00 AM to consider and act upon the following:

32 − Third Party Plaintiff's Motion to Compel Discovery Filed by American Mythology Productions LLC. (Attachments: # 1 Exhibits 1−6 # 2 Proposed Order) (Hopkin, Catherine)

33 − Memorandum of Law in Opposition to Third−Party Plaintiffs Motions to Compel Discovery Filed by Jodie E. Bekman (related document(s)32 Motion to Compel filed by 3rd Party Plaintiff American Mythology Productions LLC, Counter−Claimant American Mythology Productions LLC, Defendant American Mythology Productions LLC). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3) (Bekman, Jodie)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 9/14/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Cherita Scott
410−962−7769